IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JAMES M. BROADHEAD,              *
                                 *
     Plaintiff,                  *
                                 *
vs.                              * Civil Action No. 10-00662-KD-B
                                 *
JAMES ENGLISH, *et al.*,         *
                                 *
     Defendants.                 *


## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 7th day of February, 2011.


                              s/ Kristi K. DuBose
                              KRISTI K. DuBOSE
                              UNITED STATES DISTRICT JUDGE